UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMUND HECTOR BRYAN,

                Plaintiff,

    -v-

MEMORIAL SLOAN KETTERING, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 1300 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request to adjourn the conference scheduled for July 12, 2021 (ECF No. 54) is GRANTED. The conference is ADJOURNED to **Monday, July 19, 2021 at 2:00 pm.** The conference will take place in person in Courtroom 18A, 500 Pearl Street, New York, New York. If either party prefers that the Court conduct the conference by telephone, it may file a letter requesting that the Court convert the conference to a telephone conference. The letter shall set forth the basis for the request and shall be filed at least **one week before** the scheduled conference.

The Clerk of Court is respectfully directed to close ECF No. 54 and to mail a copy of this order to Plaintiff at the address below.

Dated:      New York, New York
           July 1, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail to:
Edmund Hector Bryan
41-25 Kissena Blvd.
Apt. 5N
Flushing, NY 11355