UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMUND HECTOR BRYAN,<br><br>                    Plaintiff,<br><br>     -v-<br><br>MEMORIAL SLOAN KETTERING, et al.,<br><br>                    Defendants. | CIVIL ACTION NO.: 18 Civ. 1300 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Due to unforeseen circumstances, the conference scheduled for today, July 19, 2021, did not take place and is hereby RE-SCHEDULED to **Wednesday, July 21, 2021 at 12:00 pm**. The conference will take place in person in Courtroom 18A, 500 Pearl Street, New York, New York.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address below.

Dated:      New York, New York
            July 19, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail to:
Edmund Hector Bryan
41-25 Kissena Blvd.
Apt. 5N
Flushing, NY 11355