UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMUND HECTOR BRYAN,

                Plaintiff,

    -v-                                                CIVIL ACTION NO.: 18 Civ. 1300 (AT) (SLC)

MEMORIAL SLOAN KETTERING, et al.,                        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the pre-motion conference held today, July 21, 2021, the briefing of Defendants' motion for summary judgment (the "Motion") shall proceed as follows:

1. Defendants shall serve and file their Motion, which shall include a Statement of Material Facts pursuant to Local Civil Rule 56.1 (the "56.1 Statement") and the Notice required by Local Rule 56.2, by **September 3, 2021**;

2. Plaintiff shall file his opposition to the Motion by **October 15, 2021**. Plaintiff's opposition must include evidence, such as witness statements, deposition testimony, or documents, countering any facts in the 56.1 Statement that Plaintiff disputes and raising specific facts that support his claims; and

3. Defendants reply, if any, shall be served and filed by **November 5, 2021**.

4. On completion of this briefing schedule, the Court will determine whether to schedule oral argument on the Motion.

The Court reminds Plaintiff of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-se-clinic/

or by calling (212) 659-6190. This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

As discussed at the conference, if they believe it would be useful, the parties may request a settlement conference with the Court.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address below.

Dated:	New York, New York
	July 21, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail to:
Edmund Hector Bryan
41-25 Kissena Blvd.
Apt. 5N
Flushing, NY 11355