UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMUND HECTOR BRYAN,

                Plaintiff,

  -v-                                              CIVIL ACTION NO.: 18 Civ. 1300 (AT) (SLC)

MEMORIAL SLOAN KETTERING, et al.,                    **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court received an ex parte phone call from pro se plaintiff Edmund Hector Bryan today, October 15, 2021. Mr. Bryan advised that he was endeavoring to deliver to the Court his opposition (the "Opposition") to Defendants' motion for summary judgment (ECF No. 58) by today's deadline. Mr. Bryan indicated that he may not be able to deliver his Opposition until Monday, October 18, 2021, and asked for an extension until then to do so. Mr. Bryan also indicated that, before calling the Court, he spoke with Defendants' counsel, who did not oppose the extension. Mr. Bryan was encouraged to deliver his Opposition as soon as possible.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address below.

Dated:      New York, New York         SO ORDERED.
             October 15, 2021

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:
Edmund Hector Bryan
41-25 Kissena Blvd.
Apt. 5N
Flushing, NY 11355