UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMUND HECTOR BRYAN,

                Plaintiff,

-v-                                              CIVIL ACTION NO.: 18 Civ. 1300 (AT) (SLC)

MEMORIAL SLOAN KETTERING, et al.,                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's Order at ECF No. 57, pro se plaintiff Edmund Hector Bryan's deadline to file his opposition (the "Opposition") to Defendants' motion for summary judgment (ECF No. 58 (the "Motion") was October 15, 2021. On that day, the Court received an ex parte phone call from Mr. Bryan, who advised that he was endeavoring to deliver his Opposition to the Court by the deadline. (ECF No. 65). Mr. Bryan was encouraged to deliver his Opposition as soon as possible. (Id.) On October 19, 2021, Defendants filed a letter-motion to compel Mr. Bryan to file his Opposition. (ECF No. 66 (the "Motion to Compel")). On October 25, 2021, Mr. Bryan's Opposition was filed on ECF. (ECF No. 67).

In light of the above, the Court orders as follows:

1. Mr. Bryan's deadline to file his Opposition is extended nunc pro tunc to October 25, 2021;

2. Defendants' deadline to serve and file their reply, if any, is extended to **November 24, 2021**; and

3. Defendants' Motion to Compel is DENIED as moot.

The Clerk of Court is respectfully directed to close ECF No. 66 and to mail a copy of this order to Plaintiff at the address below.

Dated: New York, New York
October 26, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail to:
Edmund Hector Bryan
41-25 Kissena Blvd.
Apt. 5N
Flushing, NY 11355

2