UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMUND HECTOR BRYAN,

                Plaintiff,

-v-                                              CIVIL ACTION NO.: 18 Civ. 1300 (AT) (SLC)

MEMORIAL SLOAN KETTERING, et al.,                     **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants shall promptly order a transcript of the Pre-Motion Conference held on July 21, 2021 (see ECF min entry July 21, 2021), and file the transcript on the docket.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the address below.

Dated:      New York, New York           SO ORDERED.
              April 19, 2022

                                                    _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**

Mail to:
Edmund Hector Bryan
41-25 Kissena Blvd.
Apt. 5N
Flushing, NY 11355