```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/7/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMUND HECTOR BRYAN,

                       Plaintiff,

-against-                                    18 Civ. 1300 (AT) (SLC)

MEMORIAL SLOAN KETTERING CANCER        **ORDER**
CENTER and MANAGER – HECTOR OHEY –
CENTRAL PROCESSING DEPARTMENT,

                       Defendants.

ANALISA TORRES, United States District Judge:

      Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 75, of the Honorable Sarah L. Cave, the Court reviewed the R&R for clear error and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

      The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' motion for summary judgment is GRANTED.

      The Clerk of Court is directed to terminate the motion at ECF No. 58, to mail a copy of this order to Plaintiff *pro se*, and to close the case.

      SO ORDERED.

Dated:  September 7, 2022
           New York, New York

                                                    ANALISA TORRES
                                         United States District Judge