**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDMUND HECTOR BRYAN,

                Plaintiff,

   -against-                                    18 **CIVIL** 1300 (AT)(SLC)

                                                     **JUDGMENT**

MEMORIAL SLOAN KETTERING CANCER
CENTER and MANAGER- HECTOR OHEY –
CENTRAL PROCESSING DEPARTMENT,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 7, 2022, having received no objections to the Report and Recommendation of the Honorable Sarah L. Cave, the Court reviewed the R&R for clear error and found none. Santiago v. Colvin, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The R&R is ADOPTED in its entirety. Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 8, 2022

                                                     **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                 **BY:**            K. Mango

                                                      **Deputy Clerk**